UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,                               Case No. 3:19-cr-221

        Plaintiff,

v.                                                      ORDER

Gregory Buckmon,

        Defendant.

      Defendant Gregory Buckmon filed a motion for "Compassionate Release/Sentence Reduction" pursuant to 18 U.S.C. § 3582(c), seeking a 24-month reduction in his sentence because he disagrees with the characterization of his 18 U.S.C. § 924(a) conviction as a crime of violence. (Doc. No. 64). Section 3582(c)(1)(A) mandates that a defendant seeking modification of his sentence must first fully exhaust all administrative remedies or wait at least 30 days after submitting a request for release to the warden before filing a motion for modification. 18 U.S.C. § 3582(c)(1)(A). Defendant has not complied with the exhaustion requirement.

      This requirement is mandatory and not subject to waiver. *United States v. Alam*, 960 F.3d 831, 836 (6th Cir. 2020) (dismissing defendant's untimely motion because defendant filed "before waiting out a statutorily required non-adversarial window"). Under these circumstances, I must dismiss Defendant's motion without prejudice. *Id.* Defendant may refile his motion once he has complied with § 3582(c)(1)(A)'s exhaustion requirement.

Moreover, to the extent Defendant seeks to challenge his conviction and sentence, the proper vehicle to do so is pursuant to 28 U.S.C. § 2255.

So Ordered.

s/ Jeffrey J. Helmick<br>United States District Judge